# United States District Court
## Middle District of Georgia

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Vs. | **JUDGMENT IN A CRIMINAL CASE** |
| | (FOR REVOCATION OF PROBATION) |
| **BOYD R. HALL**, | NO. 5: 04-MJ-09-03 (CWH) |
| Defendant | Gregory Wayne Holt |
| | Defendant's Attorney |

The above-named defendant having on October 31, 2005, admitted to VIOLATING CONDITIONS OF PROBATION imposed upon him in the above-captioned proceeding on December 20, 2004, as alleged in the **PETITION FOR ACTION ON PROBATION** filed on October 13, 2005, by Tony W. Elder, U. S. Probation Officer, said sentence of probation is hereby REVOKED, and he is **RESENTENCED** as hereinafter set out, the court finding the following violations:

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Violation of State Law - Shoplifting | 06/21/05 |
| 2 | Use of Amphetamine/Methamphetamine | 01/25/05 |

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment (if any) are fully paid.

**Defendant's Soc. Sec. No.:** \*\*\*-\*\*\*-4336

**Defendant's Date of Birth:** 1962

**Defendant's USM No.:** 92219-020

**Defendant's Residence Address:**

105 Orchard Crest Lane
Bonaire, Georgia 31005

**Defendant's Mailing Address:** Same

October 31, 2005
Date of Imposition of Judgment

*[signature]*
Signature of Judicial Officer

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

October 31, 2005
Date

# IMPRISONMENT

The court finds that the conditions of probation have been violated as outlined the **PETITION FOR ACTION ON PROBATION** filed October 13, 2005. Accordingly, the defendant's probation is **REVOKED**, and he is hereby committed to the **CUSTODY** of the UNITED STATES BUREAU OF PRISONS to be imprisoned for a period of **THIRTY (30) DAYS**.

☐ The court makes the following recommendation to the BUREAU OF PRISONS:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at_____A.M./P.M. on_____.

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation/Pretrial Services Office.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2:00 P.M. on_____.

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation/Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on_____to_____
at_____, with a certified copy of this judgment.

_____
DEPUTY UNITED STATES MARSHAL

# United States District Court
## Middle District of Georgia
### MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> Vs. <br><br> **BOYD R. HALL**, <br><br><div align="center">Defendant</div> | <br><br><br><br><br> NO. 5: 04-MJ-09-03 (CWH) |

## STATEMENT OF REASONS

For ADVISORY PURPOSES ONLY, the court has considered the factual findings and guideline application in the Revocation Report provided by the U. S. Probation Office.  The sentence imposed herein is BELOW the guideline range reflected below;  that range does not exceed 24 months. The **GUIDELINE RANGE** considered may be summarized as follows:

**TOTAL OFFENSE LEVEL:**   4

**CRIMINAL HISTORY CATEGORY:**   I

**IMPRISONMENT RANGE UPON REVOCATION:** 3 TO 9 months

☒  The sentence imposed departs from the guideline range:

☐ upon motion of the government, as a result of defendant's substantial assistance

☒ for the following specific reason(s):   The circumstances surrounding the commission of a new theft included the defendant's becoming remorseful and returning the item stolen to the store from whence it was taken.

Dated at Macon, Georgia, this 31st  day of OCTOBER, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE